[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JAN 10, 2012
JOHN LEY
CLERK

No. 11-11691
Non-Argument Calendar

_____

D.C. Docket No. 1:09-cr-21075-MGC-2

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MARCKSON SAINT FLEUR,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(January 10, 2012)

Before TJOFLAT, EDMONDSON and HILL, Circuit Judges

PER CURIAM:

Miguel Caridad, appointed counsel for Marckson Saint Fleur in this direct

criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct.

1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Saint Fleur's convictions and sentences are **AFFIRMED**.